No. 1,561.

JOHNSON ET AL. v. BALLARD.

APPELLATE PROCEDURE.—*Sufficiency of Evidence.—Evidence Not in Record.*—The sufficiency of the evidence will not be considered on appeal, where the evidence is not contained in the record.

From the Orange Circuit Court.

*McCormick & Cox*, for appellants.

*W. A. Traylor* and *W. S. Hunter*, for appellee.

GAVIN, C. J.—The only errors assigned in this court are that the court below erred in overruling the motion for a new trial, and in rendering judgment against appellants on the finding.

The causes for a new trial relate to the sufficiency of the evidence. There is in the record no bill of exceptions bringing in or attempting to bring in the evidence or any part of it.

There was a general finding in favor of the appellee, judgment was properly rendered upon it for the amount found due appellee.

No error appears in the record.

Judgment affirmed.

Filed December 12, 1895.